RECEIVED
MAY 19 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **RON STUART MARTIN** <br> **DOC #301808** | : | **CIVIL ACTION NO. 14-cv-3358** <br> **SECTION P** |
| **VERSUS** | : | **JUDGE TRIMBLE** |
| **JERRY W. GOODWIN** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the Petition for Writ of *Habeas Corpus* be and hereby is **DENIED**, and that the above captioned matter be and hereby is **DISMISSED WITH PREJUDICE**.

THUS DONE this 19th day of May, 2016.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE